**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:17-cr-20865-RAR

UNITED STATES OF AMERICA,

v.

DIYA SALAME and
HOUSSAM ALI HACHEM,

     Defendants.
_____/

**ORDER FOLLOWING *GARCIA* HEARING**

     **THIS CAUSE** came before the Court upon Defendants Diya Salame and Houssam Ali Hachem's Unopposed Motions for Garcia Hearing ("Motions"). ECF Nos. [34], [35]. On December 10, the Honorable Rodolfo A. Ruiz, United States District Judge, referred the Motions to the undersigned. ECF No. [36]. On December 13, 2019, the undersigned held a hearing, pursuant to Federal Rule of Criminal Procedure 44(c) and *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975), which was continued to December 16, 2019, to inquire into the propriety of co-Defendants Diya Salame and Houssam Ali Hachem, being represented by the same counsel, Jeffrey S. Weiner, Esq., Anabelle Helene Nahara, Esq., and Diego Weiner, Esq. ECF Nos. [42], [44].

     Both hearings were attended by the Government; Jeffrey S. Weiner, Anabelle Helene Nahara, and Diego Weiner; and Defendants Diya Salame and Houssam Ali Hachem. The Government agreed that if Defendants Diya Salame and Houssam Ali Hachem do not dispute the facts of the case and are aware of the potential conflicts in the case—as described and explained

in the Government's Supplemental Briefing in Support of *Garcia* Hearing—then Defendants "may waive th[e] potential conflict." ECF No. [48] at 5.

On December 16, 2019, the Court made a detailed inquiry of both Defendants, and for the reasons stated at that December 16, 2019 hearing, which the Court incorporates into this Order, the Court found that both Defendants knowingly, voluntarily, and intelligently waived their right to conflict-free counsel. Indeed, the Court read the waiver of right to conflict-free counsel in open court, and Defendants Diya Salame and Houssam Ali Hachem executed in writing the waivers of their right to conflict-free counsel. ECF Nos. [45], [46]. The Court further found, and counsel agreed, that no actual conflict of interest exists at this time, as a result of Jeffrey S. Weiner, Anabelle Helene Nahara, and Diego Weiner's joint representation of Defendants Diya Salame and Houssam Ali Hachem.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of December, 2019.

JACQUELINE BECERRA
United States Magistrate Judge